**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Samuel T. ROSS, Petitioner**

No. 623 MAL 2016

Supreme Court of Pennsylvania.

February 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Justin HALE, Petitioner**

No. 611 MAL 2016

Supreme Court of Pennsylvania.

February 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Paula Y. CARUSO, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION**
**BOARD OF REVIEW,**
**Respondent**

No. 548 MAL 2016

Supreme Court of Pennsylvania.

February 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**